# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:
Larry Lee Johnson
8213 Clear River Lane
Denton , TX 76210
SSN: XXX-XX-6154
Debtor

Case No. 23-40839 btr
Chapter: 13

## NOTICE OF MISSING DOCUMENTS AND NOTICE THAT CASE MAY BE DISMISSED
## IF DOCUMENTS ARE NOT FILED

Upon review of the Court's docket in the above-referenced case, the Clerk notes that the following required documents have yet to be filed with the Court. **Items listed below are due by May 24, 2023.**

Schedules
**B 106 Declaration** - Declaration About an Individual Debtor's Schedules
**B 106 Summary** - A Summary of Your Assets and Liabilities and Certain Statistical Information
**B 106A/B** - Schedule A/B:Property
**B 106C** - Schedule C:The Property You Claim as Exempt
**B 106D** - Schedule D:Creditors Who Hold Claims Secured By Property
**B 106E/F** - Schedule E/F:Creditors Who Have Unsecured Claims
**B 106G** - Schedule G:Executory Contracts and Unexpired Leases
**B 106H** - Schedule H:Your Codebtors
**B 106I** - Schedule I:Your Income
**B 106J** - Schedule J:Your Expenses
**B 106J-2** - Schedule J-2:Expenses for Separate Household of Debtor 2

Statements
**B 107** - Your Statement of Financial Affairs for Individuals Filing Bankruptcy

Chapter 13
**B 122C-1** - Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
**B 122C-2** - Chapter 13 Calculation of Your Disposable Income

**NOTICE: Failure to timely file the required statements and schedules and to comply with the Fed. R. Bankr. P. 1007(c) and 11 U.S.C. § 521 to cure any or all of the deficiencies noted above shall subject this petition to dismissal without further notice. All forms can be found at  http://www.uscourts.gov/forms/bankruptcy-forms.**

**DATED: May 11, 2023**

**JASON K. MCDONALD**
**CLERK OF THE COURT**