| Fill in this information to identify your case: | |
|---|---|
| **IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF TEXAS** | 70/12 |

Debtor 1    Larry Lee Johnson
          First Name        Middle Name        Last Name

Debtor 2
(filing spouse)  First Name        Middle Name        Last Name

Case Number:  23-40839-R

**TXEB Local Form 3015-b**

# ORDER CONFIRMING CHAPTER 13 PLAN

**Adopted: Dec 2017**

Upon completion of a hearing upon proper notice to consider the confirmation of the Chapter 13 Plan proposed by the Debtor[1] (the "Plan"), wherein the Court has determined that all of the requisite requirements for confirmation pursuant to § 1325[2] have been fulfilled by the Debtor, and that all objections to plan confirmation have been overruled or resolved by agreement, the Court finds that just cause exists for the entry of the following order.

## IT IS THEREFORE ORDERED:

1. The Debtor's Plan filed on   5/15/2023   [**dkt #12**], as amended by this order, is **CONFIRMED**.

2. The Debtor shall pay:
☑
    **Constant Payments:**    $$710.00    per month for   60   months,

☐ **Variable Payments:**    for      months pursuant to the schedule set forth in **Exhibit A** to this order,

together with those portions of any tax refunds required to be tendered under § 2.4 of the Plan, to:

**Carey D. Ebert, Chapter 13 Trustee**
**P. O. Box 628**
**Tyler, TX 75710**

beginning **6/9/23** and continuing until all of the allowed claims provided for by the Plan have been paid in accordance with the provisions of the Plan, this Order, or any subsequent order of the Court.

3. Excepting adequate protection payments authorized to be paid by LBR 3015(c), and only to the extent funds are available, the Trustee shall make disbursements on a monthly basis to the holders of allowed claims as set forth in the terms of the Plan and as modified by this Order; provided, however, that the Trustee shall not be required to pay any dividend to any claimant in an amount less than $15.00 and any dividends deferred under this provision shall be paid when the accumulation of payments due to such claimant shall exceed the sum of $15.00. Upon the filing of any plan modification motion, however, the Trustee is authorized to suspend disbursements to the holders of allowed claims pending the resolution of that motion in order to determine the effect of the modification upon future disbursements.

---
1 The use of the singular term "Debtor" in this Order includes both debtors when the case has been initiated by the filing of a joint petition by spouses.
2 All statutory references contained in this Order refer to the Bankruptcy Code, located in Title 11, United States Code.

Debtor   Larry Lee Johnson   Case number   23-40839-R

4. Pursuant to LBR 3015(f)(1), the Plan is amended through this Order without the necessity of further disclosure to creditors in the following manner:

☐ **None.** All claims previously listed as a 506 Claim in § 3.4 of the Plan have been reclassified.
☑ **§ 3.4** of the Plan regarding the treatment of 506 Claims is MODIFIED in the following respects:

| Claimant | Collateral Description | Adequate Protection Payment | Total Claim Amount | Collateral Value | Plan Interest Rate | Equal Monthly Payment by Trustee | Projected Total Payment by Trustee |
|---|---|---|---|---|---|---|---|
| Toyota Motor Credit Corp | 2016 Toyota Tacoma | Month 1 through | 5870.42 | $7,000.00 | 8.25% | pro rata | 7184.07 |

☐ Other Changes That Do Not Require Further Notice to Creditors.[3] The Plan is **MODIFIED** in the following manner:

Signed on 8/3/2023

*Brenda T. Rhoades*   ST
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[3] The inclusion of any plan amendment that requires notification under §§ 1.1 – 1.4 of the Chapter 13 Plan may not accomplished through this confirmation order

**APPROVED AS TO FORM AND SUBSTANCE:**

x  /s/ Carey Ebert                                    Date
   Carey D. Ebert, Chapter 13 Trustee

x  Holly B Guelich                                    Date  **July 24, 2023**
   Attorney for Debtor

x  /s/ Chandra Pryor                                  Date  July 24, 2023
   Attorney for Toyota Motor Credit